UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        Case No. 20-CR-92

DAVID RAMIREZ-LIMON and
OSCAR REYES-SOUZA,

    Defendant.

---

ORDER TO SEAL

---

Upon the motion of the United States Attorney for the Eastern District of Wisconsin, and good cause appearing therefor,

IT IS HEREBY ORDERED, pursuant to Rule 79(d) of the General Local Rules of the United States District Court for the Eastern District of Wisconsin, that the government's submission filed on June 17, 2020, in the above-named case be **SEALED** until further order of this Court.

SO ORDERED this 17th day of June, 2020.

*Stephen C. Dries*

HONORABLE STEPHEN C. DRIES
United States Magistrate Judge